STATE OF OREGON,
*Respondent,*

*v.*

ROBERT STEPHEN BUNCH,
*Appellant.*

(55188S; CA A41731)

742 P2d 74

Wm. Bruce Shepley, Metropolitan Public Defender, Oregon City, filed the brief for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and John A. Reuling, Jr., Assistant Attorney General, Salem, filed the brief for respondent.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

**PER CURIAM**

In this DUII case, defendant contends that he should have been permitted to assert as a defense that he was involuntarily intoxicated. In *State v. Maguire,* 78 Or App 459, 717 P2d 226 (1986), we held that driving under the influence of intoxicants, *former* ORS 487.540,[1] is a strict liability crime and does not require a culpable mental state. On review, the Supreme Court, by an equally divided court, affirmed without opinion. 303 Or 368, 736 P2d 193 (1987).

We affirm, relying on our reasoning in *State v. Maguire, supra.*

Affirmed.

---

[1] The present statute, ORS 813.010, applicable to this case, does not differ from the former statute in any respect material to this case.